RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF FLORENCE COVINO, by her Personal Representative, BARBARA STEWART; PETER COVINO, JR.; PETER COVINO III; HEIDI COVINO LUEKENGA; AMMON COVINO; VINCENT COVINO; MELODY COVINO, each individually And as heir of FLORENCE COVINO, Deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>MALA GEOSCIENCE USA, INC., a foreign corporation; MALA GEOSCIENCE FORVALTNING AB, a foreign corporation; GUIDELINE GEO AB, a foreign corporation; JEFFREY HALL; DOES I through 10, inclusive,<br><br>Defendants. | Case No:<br><br>**PETITION FOR REMOVAL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE  SOUTHERN DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that Defendants, MALA GEOSCIENCE USA, INC. and JEFFREY HALL, hereby remove the State action described herein to Federal Court.  The grounds for removal are as follows:

1. On August 30, 2013, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled "THE ESTATE OF FLORENCE COVINO, by her Personal Representative, BARBARA STEWART; PETER COVINO, JR.; PETER COVINO III; HEIDI

COVINO LUEKENGA; AMMON COVINO; VINCENT COVINO; MELODY COVINO, each individually And as heir of FLORENCE COVINO, Deceased, Plaintiffs vs. MALA GEOSCIENCE USA, INC., a foreign corporation; MALA GEOSCIENCE FORVALTNING AB, a Foreign corporation; JEFFREY HALL; DOES I through 10, inclusive, Defendant she Estate of Florence Covino, by her Personal Representative, Barbara " - Case No. A-13-687767-C. That Complaint was Amended on October 29, 2014 to include GUIDELINE GEO AB, a foreign corporation.

2. A copy of all process, pleadings and orders served upon Defendants, Mala Geoscience USA, Inc. and Jeffrey Hall in the State Court action is attached hereto as Exhibit "A".

3. The instant action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants Mala Geoscience USA, INC. and JEFFREY HALL pursuant to the provisions of 28 U.S.C. §1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of costs and interest. This is a wrongful death wherein Plaintiffs are seeking policy limits of $1,000,000.00.

4. There is diversity of citizenship between Plaintiffs and Defendants. Defendants are informed and believes that the Plaintiffs are non-residents of the State of Nevada, as alleged in their Complaint and Amended Complaint. Defendant, MALA GEOSCIENCE USA, INC. was at the time of filing of this action, and still is, a corporation incorporated in the State of Delaware. MALA GEOSCIENCE FORVALTING AB and GUIDELINE GEO AB, a foreign corporations existing outside of the USA.

5. The matter in controversy exceeds $75,000,00. Plaintiffs are seeking damages for both special and general damages for the wrongful death of Florence Covino, as well as past and future medical and wage loss of the Plaintiffs, grief and sorrow. Plaintiffs have previously demanded the limits of Defendant's insurance of $1,000,000.00.

6. Defendant MALA GEOSCIENCE, USA was served through its Registered Agent, National Registered Agents, Inc. on December 2, 2013, and Defendant, JEFFREY HALL, was served personally on December 1, 2013. Following repeated requests through Plaintiffs' counsel, Defendants' counsel was provided with Proof of Service on these two Defendants on

1 | January 16, 2014 (Attached hereto as Exhibit "B")

2 |     7.    Pursuant to 28 U.S.C. §1446, a copy of this Notice of Removal is being filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada, and is further served on all parties hereto.

WHEREFORE, Defendants hereby remove the State action now pending against it in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-13-687767-C, to this Court.

DATED this 20 day of January, 2014.

DENNETT WINSPEAR, LLP

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:   (702) 839-1113
Attorneys for Defendants, MALA GEOSCIENCE USA, INC. and JEFFREY HALL

3

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I certify that I am an employee of DENNETT WINSPEAR, LLP, and that on the ___21___ day of January, 2014 the foregoing **PETITION FOR REMOVAL** was served upon the parties via CM/ECF and U.S. Mail by depositing a true and correct copy thereof in the U.S. Mail, first class postage prepaid and addressed to the following parties:

Richard A. Harris, Esq.
Nevada Bar No. 505
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Rick@RichardHarrisLaw.com
*Attorneys for Plaintiffs*

_____
An Employee of DENNETT WINSPEAR, LLP

4