RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
*Telephone:* (702) 444-4444
*Facsimile:* (702) 444-4455
*EMail:* Rick@RichardHarrisLaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF FLORENCE COVINO, by her Personal Representative, BARBARA STEWART; PETER COVINO, JR.; PETER COVINO III; HEIDI COVINO LUEKENGA; AMMON COVINO; VINCENT COVINO; MELODY COVINO, each individually and as heir of FLORENCE COVINO, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>MALA GEOSCIENCE USA, INC., a foreign corporation; MALA GEOSCIENCE FORVALTNINGS AB, a foreign corporation; GUIDELINE GEO AB, a foreign corporation; JEFFREY HALL; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:   2:14-cv-00105-GMN-CWH<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Remand to State Court Pursuant to 28 U.S.C. § 1447(c) AND 28 U.S.C. § 1441(b) (#4). Defendants have not opposed the Motion and in the Joint Status Report Regarding Removed Action (#7), stated they would not be filing a response to the Motion.

/ / /

/ / /

Accordingly, Plaintiff's Motion for Remand (#4) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED** this 26th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court